# EXHIBITS TO COMPLAINT

"Allentown Police Department and Immigration and Custom [sic] Enforcement (ICE) Collaboration"..................................................................................................A

Immigration Detainers................................................................................................ B