# U.S. ICE DETAINER

| File No. | TBD |
|---|---|
| Date: | 11/21/2008 |

(name and title of institution)
**LEHIGH COUNTY PRISON**
Allentown, PA

Or any subsequent Law Enforcement Agency

From: (ICE office address)
Immigration and Customs Enforcement
Detention and Removal Operations
1243 County Welfare Road
Leesport, PA 19533

Name of alien: **Ernesto GALARZA**
Date of birth: 9/20/1974    Nationality: **Dominican Republic**    Sex: **Male**

You are advised that the action noted below has been taken by Immigration and Customs Enforcement, concerning the above-named inmate of your institution:

☒ Investigation has been initiated to determine whether this person is subject to removal/deportation from the United States.

☐ A Notice to Appear or other charging document initiating removal/deportation proceedings, was served on
_____
(Date)

☐ A warrant of arrest in removal/deportation proceedings, a copy of which is attached, was served on _____
(Date)

Deportation or removal from the United States has been ordered. _____

**It is requested that you:**

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive.

☒ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for ICE to assume custody of the alien. You may notify ICE by calling (610) 374-8743 during business hours or 802 872-6020 after hours in an emergency.

☒ Please complete and sign the bottom block of the duplicate of this form and return it to this office.   ☐ A self-addressed stamped envelope is enclosed for your convenience.   ☒ Please return a signed copy via facsimile to
610   374-9810
(Area code and facsimile number)

Return fax to the attention of _____ , at _____
(Name of ICE officer handling case)           (Area code and phone number)

☒ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.

☒ Notify this office in the event of the inmate's death or transfer to another institution.

☐ Please cancel the detainer previously placed by ICE on _____

Mark Szalczyk /                                    Deportation Officer
(Signature of ICE official)                        (Title of ICE official)

Receipt acknowledged:

Date of latest conviction: _____    Latest conviction charge: _____
Estimated release date: _____

Signature and title of official: _____

Form I-247 (Rev. 4-1-97)N

U.S. Department of Homeland Security
Immigration and Customs Enforcement

**Immigration Detainer - Notice of Action**

| | |
|---|---|
| | File No. TBD |
| | Date: 11/21/2008 |

# U.S. ICE DETAINER

| To: (Name and title of institution) | From: (ICE office address) |
|---|---|
| **LEHIGH COUNTY PRISON** | Immigration and Customs Enforcement |
| Allentown, PA | Detention and Removal Operations |
| | 1243 County Welfare Road |
| Or any subsequent Law Enforcement Agency | Leesport, PA 19533 |

Name of alien: **Ernesto GALARZA**
Date of birth: **9/20/1974**    Nationality: **Dominican Republic**    Sex: **Male**

You are advised that the action noted below has been taken by Immigration and Customs Enforcement, concerning the above-named inmate of your institution:

☒ Investigation has been initiated to determine whether this person is subject to removal/deportation from the United States.

☐ A Notice to Appear or other charging document initiating removal/deportation proceedings, was served on _____
(Date)

☐ A warrant of arrest in removal/deportation proceedings, a copy of which is attached, was served on _____
(Date)

Deportation or removal from the United States has been ordered. _____

It is requested that you:

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive.

☒ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for ICE to assume custody of the alien. You may notify ICE by calling (610) 374-0743 during business hours or 802 872-6020 after hours in an emergency.

☒ Please complete and sign the bottom block of the duplicate of this form and return it to this office. ☐ A self-addressed stamped envelope is enclosed for your convenience. ☒ Please return a signed copy via facsimile to 610 374-9810
(Area code and facsimile number)

Return fax to the attention of _____ , at _____
(Name of ICE officer handling case)   (Area code and phone number)

☒ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.

☒ Notify this office in the event of the inmate's death or transfer to another institution.

☒ Please cancel the detainer previously placed by ICE on 11/21/2006

Mark Szalczyk /                                    Deportation Officer
(Signature of ICE official)                        (Title of ICE official)

Receipt acknowledged:

Date of latest conviction: _____   Latest conviction charge: _____
Estimated release date: _____

Signature and title of official: _____

Cancel detainer 11/24/08 [signature] DEA ICE

(Rev. 4-1-97)N