# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| ERNESTO GALARZA, | : | CIVIL ACTION |
| Plaintiff, | : |  |
| v. | : | No. 10-6815 |
|  | : |  |
| MARK SZALCZYK, ICE DOES 1-5, | : |  |
| ALLENTOWN DOES 6-10, LEHIGH COUNTY | : |  |
| DOES 11-15, Individually and in their Official | : |  |
| Capacities, CITY OF ALLENTOWN, and | : |  |
| LEHIGH COUNTY, | : |  |
| Defendants. | : |  |

## ORDER

**AND NOW**, this   21st        day of March, 2011, upon consideration of

Plaintiff's Motion for Leave to Conduct Limited Expedited Doe Discovery (Dkt. No. 19) filed on

January 26, 2011, Defendant Mark Szalczyk's Response (Dkt. No. 27) filed on February 9, 2011,

and Plaintiff's Reply (Dkt. No. 28) filed on February 17, 2011, and for the reasons stated in the

foregoing Memorandum,

**IT IS ORDERED** that Plaintiff's Motion for Expedited Doe Discovery is

**GRANTED** because the Doe Defendants must be identified before this suit can progress further,

and Defendant Szalczyk shall respond within ten (10) days to Plaintiff's discovery requests and

shall make himself available for deposition within ten (10) days of this Order.

BY THE COURT:


 */s/ Henry S. Perkin*
HENRY S. PERKIN,
United States Magistrate Judge