IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERNESTO GALARZA, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 10-6815 |
| | : | |
| MARK SZALCZYK, CITY OF ALLENTOWN, LEHIGH COUNTY, GREG MARINO and CHRISTIE CORREA, | : | |
| Defendants. | : | |
| | : | |
| ERNESTO GALARZA, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 11-4988 |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 28th day of February, 2012, upon consideration of the Federal Defendants' informal Motion for Protective Order (Dkt. No. 81) and Plaintiff's informal Response (Dkt. No. 82),

**IT IS HEREBY ORDERED** that the informal Motion is **DENIED**.

**IT IS FURTHER ORDERED** that the parties shall hold a Rule 26(f) conference and proceed with discovery.

BY THE COURT:

/s/ *Henry S. Perkin*
HENRY S. PERKIN
UNITED STATES MAGISTRATE JUDGE